



**PRIORITY MAIL EXPRESS**

ITEM X-RAYED BY USMS 10-12-22

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006     EP13F May 2020
                   OD: 12 1/2 x 9 1/2

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 910 ) 850 1202
Samuel T Whatley II
579 Folly Road 14254
Charleston SC 29422

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Clerk of Court
901 Richland Street Columbia SC
ZIP + 4® (U.S. ADDRESSES ONLY)
2 9 2 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

➪ PEEL FROM THIS CORNER

**GUARANTEED**

---

**UNITED STATES POSTAL SERVICE**     Retail

E     **US POSTAGE PAID**
$27.90    Origin: 2941
          10/11/22
          4514850240

**PRIORITY MAIL EXPRESS 1-DAY**

SAMUEL T WHATLEY II        0 Lb 11.80
579 FOLLY RD
UNIT 14254                          100
CHARLESTON SC  29422-1291
(910) 850-1202

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 10/12/22 06:00 PM

C068

SHIP
TO:
  CLERK OF COURT
       901 RICHLAND ST
       COLUMBIA SC 29201-2328

**USPS SIGNATURE® TRACKING #**



9581 7119 2028 2284 6137 84



For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

- Guaranteed delivery date.*
- Guaranteed delivery time.†
- USPS Tracking™ included.
- Insurance included.
- Pick up available.
- Signature included upon request.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

\* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at *pe.usps.com* for complete details.

† Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

  

UNITED STATES
POSTAL SERVICE®

RECEIVED
USDC CLERK, COLUMBIA-SC
2022 OCT 12 AM 11:29

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale, EP13F © U.S. Postal Service; May 2020; All rights reserved.