AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Samuel T. Whatley, II, Reverend Dr. Samuel T Whatley, <br> *Plaintiffs* <br> v. <br> Bethany Phillips, U-Haul, Amerco, U-Haul Co. Of South Carolina, Inc., <br> *Defendant(s)* | Civil Action No.   2:22-cv-03528-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiffs, Samuel T. Whatley, II, Reverend Dr. Samuel T Whatley, shall take nothing of Defendants ,Bethany Phillips, U-Haul, Amerco, U-Haul Co. Of South Carolina, Inc., as to the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   May 29, 2024                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                           s/H.Cornwell
                                                              _____
                                                                *Signature of Clerk or Deputy Clerk*