IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Reverend Dr. Samuel T. Whatley; ) | C/A No. 2:22-cv-03528 |
| Samuel T. Whatley, II; ) ) | |
| Plaintiffs, ) | |
| v. ) | |
| Bethany Phillips; ) | |
| U-Haul; ) | |
| AMERCO; ) | |
| U-Haul Co. of South Carolina Inc.; ) | |
| Defendants. ) | |

### Notice of Appeal

Notice is hereby given that the plaintiffs in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action of the 29th day of May, 2024.

_____

Reverend Dr. Samuel T. Whatley

Samuel T. Whatley, II

June 17, 2024

Plaintiffs